UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-cr-00390-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| JUAN RODRIGUEZ-LOPEZ | ) | |

Upon motion of the United States it is hereby ORDERED that Docket Number 36 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney and the court orders such materials unsealed.

This the 16 day of February, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE