# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 1/21/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| United States of America<br>v.<br>Juan Rodriguez-Lopez | )<br>)<br>)  Case No: 5:10-CR-390-1BO<br>)  USM No: 55046-056 |
| Date of Original Judgment: March 14, 2012<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Jennifer Dominguez<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     100     months **is reduced to**     80 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 14, 2012 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 1-21-15

Judge's signature

Effective Date:  November 1, 2015
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*